FILED
SUPERIOR COURT
OF GUAM

2022 MAY -6 PM 2: 25

CLERK OF COURT

BY:

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>                               Plaintiff,<br><br>      vs.<br><br>DRAKE ROYCE QUINTANILLA FEJERANG (*aka* Drake Royce Quinata Fejerang *aka* Drake Royce Fejarang,<br><br>                            Defendant. | Case No. CF0108-22<br><br>**DECISION AND ORDER**<br>**(Finding Defendant Competent to Stand Trial)** |

## INTRODUCTION

This matter came before the Honorable Alberto E. Tolentino on May 2, 2022, for a Competency Hearing. Alternate Public Defender Annie Gayle appeared for Drake Royce Quintanilla Fejerang ("Defendant"). Assistant Attorney General Jeremiah Luther appeared for the People of Guam ("People"). Having considered Defendant's forensic evaluation, Dr. Rapadas's testimony, the parties' oral arguments, and the applicable law, the Court now issues the following decision and order and **finds Defendant competent to stand trial.**

## BACKGROUND

On February 25, 2022, Defendant was arrested and charged with the following: (1) Aggravated Assault (As a Third Degree Felony) with Special Allegation: Possession or Use of a Deadly Weapon in the Commission of a Felony; (2) Aggravated Assault (As a Third Degree Felony); (3) Aggravated Assault (As a Third Degree Felony) with the Special Allegation:

Possession or Use of a Deadly Weapon in the Commission of a Felony; (4) Aggravated Assault (As a Third Degree Felony) with Special Allegation: Possession or Use of a Deadly Weapon in the Commission of a Felony; (5) Aggravated Assault (As a Third Degree Felony) with Special Allegation: Possession or Use of a Deadly Weapon in the Commission of a Felony; (6) Third Degree Robbery (As a Third Degree Felony); (7) Aggravated Assault (As a Third Degree Felony); and (8) Aggravated Assault (As a Third Degree Felony). Indictment, Feb. 25, 2022. Police records indicate Defendant attacked three victims during a series of events that took place between May 6, 2020 and January 13, 2022. Mag. Complaint, Feb. 18, 2022.

On March 10, 2022, Defendant pled Not Guilty by Reason of Mental Illness, Disease, or Defect. Minute Entry, Mar. 10, 2022. Pursuant to 9 G.C.A. § 7.25, the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC") arranged for Defendant to undergo a forensic evaluation with a qualified psychologist. Order for Forensic Evaluation, Mar. 10, 2022. On March 31, 2022, Defendant underwent his forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at CSFC. Forensic Evaluation at 1, Mar. 31, 2022. The Court held a hearing on May 2, 2022, to determine Defendant's competency to stand trial. Minute Entry, May, 2, 2022. After hearing the arguments of the parties, the Court found Defendant competent to stand trial.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness . . . he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)–(4).

Defendant appeared mentally sound throughout the forensic evaluation. Defendant was oriented to person, place, time, and object in the examination. Forensic Evaluation at 4. Defendant knew why he was taking the forensic evaluation, and showed "good" attention and concentration throughout the assessment. *Id.* Defendant's speech flow and content was appropriate to mood and situation, organized, and focused. *Id.* However, his speech flow was sometimes rushed. *Id.* Defendant also showed reliable short and long-term memory, and was able to describe his home life, family relationships, education, and work history. *Id.* at 2–3.

Defendant underwent a mini-mental examination ("MMSE"), which is a brief test used to gage the Defendant's current orientation, object registration, attention, language recognition, and ability to recall. *Id.* at 5. Defendant scored 28/30 on the MMSE, which indicates he is not currently suffering from overall cognitive weaknesses, dementia, or memory problems. *Id.*

Defendant's understanding of the criminal proceedings also seems fair. He understands the nature of his arrest and charges and knows the name of his attorney and judge. He did not know the date of his next court hearing for this case, but he knew the date of his next court hearing for his other case—Superior Court of Guam Criminal Case No. CF0534-19. *Id.* Defendant is also willing to talk openly in English and has expressed a desire to work alongside his attorney in preparing a legal defense. *Id.*

It is noteworthy that Defendant was previously diagnosed with ADHD and bipolar disorder, and Dr. Kirk Bellis has been treating Defendant since he was thirteen years old. *Id.* at 3. Defendant is currently taking medications for his ADHD, bipolar disorder, sleep problems, and an anti-psychotic medication. *Id.* at 3. Defendant is currently clinically stable and states that he feels more relaxed "than ever before." *Id.* at 3.

Taking all data in total, Defendant is currently competent to be proceeded against and to be sentenced. As Dr. Rapadas laid out in his report, Defendant is currently not experiencing any psychotic symptoms. Defendant can also engage in conversation with his attorney, process any legal advice he may provide, and help plan a defense strategy. This ability, combined with Defendant's strong MMSE test results indicate that Defendant has no major cognitive weaknesses or mental illness preventing him from assisting in his defense.

# FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the above reasons, the Court makes the following findings of fact and conclusions of law:

- Defendant does possess the mental competency "(1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)–(4).

- Defendant is currently competent to stand trial. Defendant can make any diminished capacity defense he may have at trial

SO ORDERED, this ___6___ day of ___May___ 2022.



_____
HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to

Date: 5/6/22 Time: 2:39

EVELYN R. BORJA
Deputy Clerk, Superior Court of Guam